IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR125 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JESSE JAMES JURA and | ) | |
| JAMES HASHBERGER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for an extension of time by defendant Jesse James Jura (Jura) (Filing No. 16) and defendant James Hashberger (Hashberger) (Filing No. 15). Both defendants seek an extension of time of three weeks in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 10). Defense counsel represent to the court that counsel for the government has no objection to the motions. Upon consideration, the motions will be granted subject to the filing of Speedy Trial affidavits by the defendants.

**IT IS ORDERED:**

1. Defendants Jura's and Hashberger's motions for an extension of time (Filing Nos. 15 and 16) are granted. Defendants are given until **on or before May 19, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No.10). The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 27, 2005 and May 19, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

2. The tentative setting of an evidentiary hearing for 1:30 p.m. on May 6, 2005, is **canceled** and will be re-scheduled in the event any pretrial motions are filed in accordance with this order.

DATED this 27th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge