# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR125 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSE JAMES JURA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Motion to Strike Document Numbers 20 & 21 from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Motion to Strike, Filing 24, is granted and the Clerk's Office shall strike Document Number 20 & 21 from the record.

DATED this 26th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge