## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR125 |
| | ) | |
| v. | ) | |
| | ) | |
| **JESSE JAMES JURA,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 33 be stricken from the record for the following reason:

- Incorrect PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 33 from the record.

DATED this 14th day of June, 2005.

                                              BY THE COURT:

                                              s/Thomas D. Thalken
                                              United States Magistrate Judge