IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | **8:05CR125** |
| vs. | ) ) | **ORDER** |
| **JESSE JAMES JURA,** | ) ) | |
| Defendant. | ) | |

    This matter is before the court on the Petition for Action on Conditions of Pretrial Release (Petition) regarding defendant Jesse James Jura (Jura) (Filing No. 59). On April 6, 2005, Jura was ordered released upon conditions pending further proceedings (Filing No. 9). Jura was to reside with a custodian in Omaha, Nebraska, and to comply with various conditions of pretrial release. On May 19, 2005, the conditions were modified with the removal of the requirement of a third-party custodian (Filing No. 19). On September 20, 2005, Pretrial Services Officer James M. Roberts submitted a Petition alleging Jura had violated the conditions of his release by failing to report to Pretrial Services, failing to attend a urine collection, and assaulting Michaela Secord. A warrant for Jura's arrest was issued.

    Jura appeared before the undersigned magistrate judge on September 20, 2005. He was represented by W. Russell Bowie. The United States was represented by Assistant U.S. Kimberly C. Bunjer. After being advised of the nature of the allegations, his rights, and the consequences if the allegations were found to be true, Jura admitted the allegations of the Petition as relating to failing to report but otherwise denied the allegations. The court took judicial notice of the Pretrial Services Violation Report. The court finds the allegations of the petition are generally true and Jura has violated the conditions of his release.

    After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release should be revoked.

**IT IS ORDERED:**

1. The Petition For Action on Conditions of Pretrial Release (Filing No. 59) is granted.
2. The April 6, 2005 Order Setting Conditions of Release of Jesse James Jura (Filing No. 9) is hereby revoked.
3. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 20th day of September, 2005.

                                                                     BY THE COURT:

                                                                     s/Thomas D. Thalken
                                                                     United States Magistrate Judge